# EXHIBIT 1

# BURNS
# LAW
# FIRM

P.O. BOX 191250
ST. LOUIS, MO 63119
Tel.: 314-329-5040
Fax: 314-282-8136

JOHN C BURNS, Esq
tblf@pm me

September 6, 2022

**VIA US CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**and FACSIMILE to** 314-539-7894

EEOC
Robert A. Young Federal Building
1222 Spruce Street
Rm 8.100
St. Louis, MO 63103

### RE:  Jamie Akers v. AstraZeneca Pharmaceuticals, LP

To the EEOC:

I represent Jamie Akers in her claims against AstraZeneca Pharmaceuticals, LP.  I have enclosed an executed copy of Ms. Akers' charge of discrimination.  Please confirm receipt.

Thank you.

Very truly yours,

*/s/ John C. Burns*

JCB/er

EEOC Form 5 (11/09)

| **CHARGE OF DISCRIMINATION** | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Jamie M. Akers | (816) 590-7739 | ████ 1981 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2216 RedRock Drive | Edmond, OK 73003 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| ASTRAZENECA PHARMACEUTICALS, LP | 501+ | (855) 393-4056 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1800 CONCORD PIKE P.O. BOX 15437    WILMINGTON, DE 19850-5437 | |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE    ☒ COLOR    ☒ SEX    ☒ RELIGION    ☐ NATIONAL ORIGIN

☒ RETALIATION    ☒ AGE    ☒ DISABILITY    ☒ GENETIC INFORMATION

☒ OTHER (Specify) Association with other religious persons

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: January, 2022    Latest: 4/29/2022

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):
The Particulars Are (If additional space is needed, attach extra sheet(s)):

My name is Jamie Akers I am a 41 year-old white female, and until recently I was a Biologics Sales Specialist for AstraZeneca Pharmaceuticals, LP ("AZ"). I was terminated on April 29, 2022 directly as a result of AZ's illegal discrimination against me on the basis of my religious beliefs, my age, my sex, my race and color, my association with other faithful religious persons, and because I opposed AZ's discriminatory policies. Prior to my termination, I worked for AZ for fifteen (15) years.

In January of 2022, AZ initiated a so-called 100% COVID-19 vaccination policy for its US Division. However, this policy did not in fact require 100% vaccine compliance. On February 10, 2022, AZ informed all employees that they could seek medical and religious accommodations to the vaccination policy. I was informed that if I refused the vaccine because of my religious beliefs, I would be granted an accommodation, which would consist of weekly testing for COVID-19 infection. The stated deadline for submitting a religious accommodation request was February 28, 2022. Notably, beginning in August of 2021, AZ required employees to test weekly for COVID-19 and submit their test results. Between August, 2021 and April 29, 2022, I tested weekly for COVID-19 and submitted the results to AZ.

On or about February 25, 2022, I timely submitted a request for a religious accommodation to AZ's "100%" vaccination policy, and I also enclosed a letter from the Pastor of my Church. On March 31, 2022, AZ informed me they denied my request for accommodation because "you are not qualified for a reasonable accommodation." However, I have a male colleague who is roughly eight (8) years my junior (33) who submitted a substantially similar accommodation request, but was approved. My request for accommodation was based on my fervently held religious beliefs. In submitting my request for accommodation, I violated no policies nor engaged (continued on next page).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 8/5/22 _____<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

RACHAEL SARMIENTO
Notary Public - State of Oklahoma
Commission Number 22001195
My Commission Expires Jan 26, 2026

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☐ EEOC | |
| | and EEOC |

State or local Agency, if any

THE PARTICULARS ARE (if additional paper is needed, attach extra sheet(s)):

Jamie Akers - Charge of Discrimination (continued, p.2).

in misconduct. Further, AZ's decision to deny my accommodation was not based on any "undue hardship" to AZ, because the junior colleague, as one example, was exempted from the vaccine and his accommodation required him to test weekly for COVID-19 – as I had previously done for the eight (8) months prior to my termination. I have been an excellent employee for AZ in all my years there, and AZ's discrimination against me is morally and legally wrong.

As a result of the AZ's discrimination and retaliation, I have suffered and continue to suffer adverse actions including discrimination, termination, lost wages, severe emotional distress, anxiety, embarrassment, humiliation, and deprivation of my civil rights. As a remedy, I am seeking compensation for the above damages, including emotional damages, back pay, front pay, punitive damages, attorney's fees, costs, and all further remedies available under the law.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

8/5/22
Date                    Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

8/5/22

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

RACHAEL SARMIENTO
Notary Public - State of Oklahoma
Commission Number 22001195
My Commission Expires Jan 26, 2026

Print Form