IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Jamie Akers )
)
)
)
)
Plaintiff(s), )
)
v. )   Case No. CIV-23-01067-JD
AstraZeneca Pharmaceuticals, LP )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, AstraZeneca Pharmaceuticals, LP.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Daniel A. Kadish                    01/31/2024
Signature                              Date

Daniel A. Kadish
Print Name

Morgan, Lewis & Bockius LLP
Firm

Criminal Cases Only:

☐ Retained or USA

101 Park Avenue
Address

☐ CJA Appointment

New York          NY          10178
City              State       Zip Code

☐ Federal Public Defender

212.309.6000
Telephone

☐ Pro Bono

☐ CJA Training Panel

daniel.kadish@morganlewis.com
Internet E-mail Address

REVISED 05/14/18

## *Certificate of Service*

[X] I hereby certify that on   January 31, 2024  , I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

[ ] I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

ul Daniel A. Kadish
s/ Attorney Name