UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

JAMIE AKERS,

            Plaintiff,

    -against-                        Case No. 5:23-cv-01067-JD

ASTRAZENECA PHARMACEUTICALS LP,

            Defendant.

## MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that Daniel A. Kadish, one of the attorneys of record for the Defendant in the above matter, respectfully requests permission to withdraw as counsel of record from the above-referenced case. As of December 6, 2024, Daniel A. Kadish will no longer be associated with Morgan Lewis & Bockius LLP. Morgan, Lewis & Bockius LLP will continue its representation of Defendant in this matter and the remaining counsel of record listed as representing Defendant on the docket shall continue to do so.

WHEREFORE, it is respectfully requested that the Court enter an Order withdrawing Daniel A. Kadish as attorney of record in this matter, and terminating his representation on the docket.

Dated: New York, New York
December 5, 2024

By: */s/ Daniel A. Kadish*
Daniel A. Kadish
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178
Telephone:   212.309.6000
Facsimile:    212.309.6001
Email:        daniel.kadish@morganlewis.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 5, 2024, the foregoing document was served via ECF on all counsel of record.

Dated:  New York, New York
         December 5, 2024

                                           */s/ Daniel A. Kadish*
                                           Daniel A. Kadish