IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMIE AKERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASTRAZENECA PHARMACEUTICALS, )<br>LP, )<br>)<br>Defendant. ) | Case No. CIV-23-01067-JD |

## ORDER

Before the Court is Daniel A. Kadish's Motion to Withdraw as Counsel for Defendant AstraZeneca Pharmaceuticals, LP. [Doc. No. 31]. Other counsel have entered appearances in this action and will continue to represent Defendant AstraZeneca Pharmaceuticals, LP.

Upon review of the motion, and under LCvR83.5, the Court GRANTS the motion and permits withdrawal of Daniel A. Kadish as counsel for Defendant AstraZeneca Pharmaceuticals, LP. No conditions need to be imposed upon the withdrawal of this attorney, as other counsel have entered an appearance.

IT IS SO ORDERED this 6th day of December 2024.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE