## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

---

**JAMIE AKERS,**

        **Plaintiff,**

**v.**                        **Civil Action No. 5:23-cv-1067-JD**

**ASTRAZENECA**
**PHARMACEUTICALS LP,**

        **Defendant.**

---

## MOTION FOR ADMISSION *PRO HAC VICE*
## FOR CAROLYN M. CORCORAN

Pursuant to Local Rules 83.2(g) and 83.3(b), the undersigned attorneys move the Court for admission *pro hac vice* of Carolyn M. Corcoran of the firm Morgan, Lewis & Bockius LLP for the purpose of representing Defendant AstraZeneca Pharmaceuticals, L.P. ("AstraZeneca") in the above-styled case. In support, the undersigned state the following:

1.      Ms. Corcoran is a member in good standing of the bar of the State of New York (NY Bar No. 5910831).

2.      For purposes of this case, Ms. Corcoran is associated with Nicholas ("Nick") V. Merkley and Gerard M. D'Emilio of the firm GableGotwals, who are personally appearing in this action for Defendant AstraZeneca, are residents of and maintain a law office within Oklahoma, and have been duly and regularly admitted to practice in this Court.

3.     Ms. Corcoran has reviewed and familiarized herself with, and is prepared to comply in all respects with, this Court's Local Rules.

4.     The Court's form Request for Admission Pro Hac Vice has been completed and signed by Ms. Corcoran, and a copy is attached hereto as Exhibit 1.

Dated: April 8, 2025                          Respectfully submitted,

/s/ Gerard M. D'Emilio                        /s/ Carolyn M. Corcoran
Nicholas ("Nick") V. Merkley                  Carolyn M. Corcoran
OBA No. 20284                                 (*Pro Hac Vice* Pending)
Gerard M. D'Emilio                            MORGAN, LEWIS & BOCKIUS LLP
OBA No. 33496                                 101 Park Avenue
GABLEGOTWALS                                  New York, NY 10175-0060
BOK Park Plaza                                Tel. 212.309.6000
499 W. Sheridan Avenue, Suite 2200            Fax 212.309.6001
Oklahoma City, OK w2sz73102                   carolyn.corcoran@morganlewis.com
Tel. 405.235.5500
Fax 405.235.2875
mmerkley@gablelaw.com
gdemilio@gablelaw.com

                                              *Attorneys for Defendant AstraZeneca*
                                              *Pharmaceuticals LP*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 8, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification to all counsel of record.

*/s/ Gerard M. D'Emilio*
Gerard M. D'Emilio