IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

JAMIE AKERS,

          Plaintiff,

v.                                                                                 Civil Action No. 5:23-cv-1067-JD

ASTRAZENECA
PHARMACEUTICALS LP,

          Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE* FOR SARAH E. BOUCHARD

Pursuant to Local Rules 83.2(g) and 83.3(b), the undersigned attorneys move the Court for admission *pro hac vice* of Sarah E. Bouchard of the firm Morgan, Lewis & Bockius LLP for the purpose of representing Defendant AstraZeneca Pharmaceuticals, L.P. ("AstraZeneca") in the above-styled case. In support, the undersigned state the following:

    1.    Ms. Bouchard is a member in good standing of the bars of the Commonwealth of Pennsylvania (PA Bar No. 77088) and the State of New Jersey (NJ Atty ID 028071995).

    2.    For purposes of this case, Ms. Bouchard is associated with Nicholas ("Nick") V. Merkley and Gerard M. D'Emilio of the firm GableGotwals, who are personally appearing in this action for Defendant AstraZeneca, are residents of and maintain a law office within Oklahoma, and have been duly and regularly admitted to practice in this Court.

1

3. Ms. Bouchard has reviewed and familiarized herself with, and is prepared to comply in all respects with, this Court's Local Rules.

4. The Court's form Request for Admission Pro Hac Vice has been completed and signed by Ms. Bouchard, and a copy is attached hereto as Exhibit 1.

Dated: April 8, 2025

/s/ Gerard M. D'Emilio
Nicholas ("Nick") V. Merkley
OBA No. 20284
Gerard M. D'Emilio
OBA No. 33496
GABLEGOTWALS
BOK Park Plaza
499 W. Sheridan Avenue, Suite 2200
Oklahoma City, OK 73102
Tel. 405.235.5500
Fax 405.235.2875
mmerkley@gablelaw.com
gdemilio@gablelaw.com

Respectfully submitted,

/s/ Sarah E. Bouchard
Sarah E. Bouchard
(*Pro Hac Vice* Pending)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-2921
Tel. 215.963.5077
Fax 215.963.5001
sarah.bouchard@morganlewis.com

*Attorneys for Defendant AstraZeneca Pharmaceuticals LP*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification to all counsel of record.

*/s/ Gerard M. D'Emilio*
Gerard M. D'Emilio
