IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMIE AKERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-23-01067-JD |
| ) | |
| ASTRAZENECA PHARMACEUTICALS, ) | |
| LP, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the parties' Joint Motion for Stay of Proceedings Pending Mediation ("Motion"). [Doc. No. 39]. The Motion seeks a sixty-day stay of these proceedings.

For the reasons stated in the Motion, the Court concludes that a stay in this case is appropriate. Accordingly, the Court **GRANTS** the Motion. This case is **STAYED** until **August 4, 2025**, unless the parties resolve this matter before then. All remaining deadlines in the Court's Scheduling Order [Doc. No. 30] in place at the time of the filing of the Motion on May 22, 2025, are stayed and will be reset upon the stay being lifted. The parties are directed to file on or before **August 4, 2025**, a joint status report advising the Court of the status. If this matter is resolved before then, the parties are directed to advise the Court immediately.

2

IT IS SO ORDERED this 3rd day of June 2025.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE