IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMIE AKERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-23-01067-JD |
| ) | |
| ASTRAZENECA PHARMACEUTICALS, ) | |
| LP, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Joint Status Report and Motion to Continue Stay of Proceedings Pending Mediation ("Status Report"). [Doc. No. 41]. The Court previously stayed these proceedings until August 4, 2025, to allow the parties to schedule and complete mediation. [Doc. Nos. 39, 40].

For the reasons stated in the Status Report, the Court concludes that a continued stay of these proceedings is appropriate. Accordingly, the Court **MODIFIES** its prior Order. [Doc. No. 40]. This case is **STAYED** until **September 11, 2025**, unless the parties resolve this matter before then. All remaining deadlines in the Court's Scheduling Order [Doc. No. 30] in place at the time of the filing of the Motion on May 22, 2025, are stayed and will be reset upon the stay being lifted. The parties are directed to file on or before **September 11, 2025**, a joint status report advising the Court of the status of this matter. If this matter is resolved before then, the parties must promptly seek an administrative closing order or advise the Court of the settlement. Otherwise, the parties must propose new deadlines in their joint status report to assist the Court in issuing an amended

scheduling order.

    IT IS SO ORDERED this 5th day of August 2025.

                                                  JODI W. DISHMAN  
                                                  UNITED STATES DISTRICT JUDGE