IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMIE AKERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-23-01067-JD |
| ) | |
| ASTRAZENECA PHARMACEUTICALS, ) | |
| LP, ) | |
| ) | |
| Defendant. ) | |

**ADMINISTRATIVE CLOSING ORDER**

The Court has been informed that the parties have reached a settlement in this case. [*See* Joint Status Report, Doc. No. 43]. Accordingly, the Court ORDERS that the Clerk administratively terminate this action in her records. Unless a party moves to reopen or extend this proceeding within **60** days of the entry of this Order, this action shall be deemed dismissed with prejudice, and this Order shall become a final judgment that satisfies the separate-document requirement for purposes of Federal Rule of Civil Procedure 58(a). *See Morris v. City of Hobart*, 39 F.3d 1105, 1109–10 (10th Cir. 1994).

Entered this 18th day of September 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE